# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 02-1495

—————

Farrel Eagle Horse,

        Appellant,

    v.

Dr. D. M. Frost, Medical Director
and M.D.,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of South Dakota.
\*
\*       [UNPUBLISHED]
\*
\*

—————

Submitted: July 3, 2002
Filed: July 9, 2002

—————

Before LOKEN, BEAM, and RILEY, Circuit Judges.

—————

PER CURIAM.

Farrel Eagle Horse appeals from the district court's[1] judgment for defendant following a jury trial on his 42 U.S.C. § 1983 denial-of-medical-care claim. To the extent that we can consider Eagle Horse's arguments without a trial transcript, see Fed. R. App. P. 10(b); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam), cert. denied, 484 U.S. 1071 (1988), we find those arguments unavailing. There is no indication that the jury was selected in a racially

---

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

discriminatory manner, <u>see</u> <u>Weber v. Strippit, Inc.</u>, 186 F.3d 907, 911 (8th Cir. 1999), <u>cert. denied</u>, 528 U.S. 1078 (2000); <u>Scott v. James</u>, 902 F.2d 672, 675 (8th Cir.), <u>cert. denied</u>, 498 U.S. 873 (1990); and there is no constitutional or statutory right to effective assistance of counsel in a civil case, <u>see</u> <u>Glick v. Henderson</u>, 855 F.2d 536, 541 (8th Cir. 1988).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.